UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
ANGELA GOMEZ,                                           Case No. 11-11531-LMI
    Debtor
_____/                         Chapter 13

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this 18TH day of April 2011 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

Nationstar Mortgage, LLC                                Nationstar Mortgage, LLC
c/o Anthony Barone, CEO                                 Corporation Service Company, R.A.
350 Highland Dr.                                        1201 Hays Street
Lewisville, TX 75067                                    Tallahassee, FL 32301-2525

Citibank, N.A.
Attn: Eugene McQuade, CEO
3900 Paradise Road
Suite 127
Las Vegas, NV 89109