UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: __11-11531-LMI__

☒ ____1st____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Angela Gomez
Last Four Digits of SS# xxx-xx-1836

CO-DEBTOR: _____
Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

A. $ 339.86 for months 1 to 60 ;
B. $_____ for months ____ to ____ ;
C. $_____ for months ____ to ____ in order to pay the following creditors:

Administrative:  Attorney's Fee    $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                 TOTAL PAID        $ 2,500.00
                 Balance Due       $ 1,750.00  payable $ 145.84 month (Months 1 to 12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. Bank of America
Address P.O. Box 45224
        Jacksonville, FL 32232
        Loan No. xxxxxx0680

Payoff $ 3,058.61 (2005 Honda)
Payment $ 76.52 /month (Months 1 to 12 )
Payment $ 44.60 /month (Months 13 to 60 )

2. Fifth Third Bank
   P.O. Box 30778
   Cincinnati, OH
Loan No. xxxxxxx9203

Payoff $ 1,002.03  (2006 Ford Focus)
Payment $ 83.52 /month (Months 1 to 12 )

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| CitiBank Loan#xxxxxx9113 Prop Address: 5380 W 20th Lane Hialeah, FL 33016 | Homestead Property $86,440.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a                              Total Due $_____
                                    Payable $_____ /month (Months ____ to ____)

Unsecured Creditors: Pay $ 261.28 month (Months 13 to 60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :). The debtor is paying Nation Star Mortgage (Loan#xxxxxx4326) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_Angela Gomez_
Debtor
Date: 05/02/11

Joint Debtor
Date: _____

F-31(rev. 06/02/08)