B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re **Angela Gomez**         Case No. **11-11531**

Chapter **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $321,889.00 | | |
| B - Personal Property | No | 5 | $17,532.00 | | |
| C - Property Claimed as Exempt | No | 2 | | | |
| D - Creditors Holding Secured Claims | No | 2 | | $672,847.33 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $85,393.67 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $2,232.26 |
| J - Current Expenditures of Individual Debtor(s) | No | 1 | | | $1,881.23 |
| TOTAL | | 19 | $339,421.00 | $758,241.00 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

In re  **Angela Gomez**                                                                 Case No.  **11-11531**

Chapter  **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $2,232.26 |
| Average Expenses (from Schedule J, Line 18) | $1,881.23 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $2,232.26 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $346,897.69 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $85,393.67 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $432,291.36 |

B6F (Official Form 6F) (12/07)

In re **Angela Gomez**                                                                  Case No. **11-11531**
                                                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **1060XXXX**<br>**America's Servicing Co.**<br>**7495 New Horizon Way**<br>**Frederick, MD 21703** | | - | DATE INCURRED: **3/2006**<br>CONSIDERATION: **Mortgage deficiency**<br>REMARKS: **The Debtor surrenders and abandons all interest in the property.** | | | | **Unknown** |
| ACCT #: **6019XXXX**<br>**Brandsmart/GEMB**<br>**POB 981439**<br>**El Paso, TX 79998-1439** | | - | DATE INCURRED: **12/2005**<br>CONSIDERATION: **Credit Card Purchases**<br>REMARKS: | | | | **$730.00** |
| ACCT #: **5178XXXX**<br>**Capital One Bank USA**<br>**POB 30281**<br>**Salt Lake Ciry, UT 841300281** | | - | DATE INCURRED: **8/2008**<br>CONSIDERATION: **Credit Card Purchases**<br>REMARKS: | | | | **$1,935.00** |
| ACCT #: **Unit 5E**<br>**Caribean Towers Condominium**<br>**Kesner, LLC**<br>**7545 East Tresure Dr.**<br>**North Bay Village, FL 33141** | | - | DATE INCURRED: **3/2006**<br>CONSIDERATION: **Association Fees**<br>REMARKS: **Property foreclosed on April 2010. Debtor is no longer in possession of property.** | | | | **$5,000.00** |
| ACCT #: **1565XXXX**<br>**Chase**<br>**11200 W Parkland Ave**<br>**POB 3139**<br>**Milwakee, WI 53201** | | - | DATE INCURRED: **4/2006**<br>CONSIDERATION: **Mortgage deficiency**<br>REMARKS: **Property shortsaled. on July 28, 2010.** | | | | **Unknown** |
| ACCT #: **5401XXXX**<br>**Chase Bank USA, NA**<br>**POB 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED: **10/2006**<br>CONSIDERATION: **Credit Card Purchases**<br>REMARKS: | | | | **$10,011.00** |

                                                                                                                Subtotal >   **$17,676.00**

                                                                                                                Total >
                                                                                    (Use only on last page of the completed Schedule F.)
_____**3**_____ continuation sheets attached     (Report also on Summary of Schedules and, if applicable, on the
                                                                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Angela Gomez**    Case No. **11-11531**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **4266XXXX**<br>**Chase Bank USA, NA**<br>**POB 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED: **10/2004**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $2,494.00 |
| ACCT #: **5424XXXX**<br>**Citibank SD NA**<br>**POB 6241**<br>**Sioux Falls, SD 571176241** | | - | DATE INCURRED: **2/2007**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $20,006.00 |
| ACCT #: **50034XXXX**<br>**Citifinancial Mortgage**<br>**POB 9638**<br>**Dept 0251**<br>**Gaithersburg, MD 20898** | | - | DATE INCURRED: **4/2006**<br>CONSIDERATION:<br>**Mortgage deficiency**<br>REMARKS:<br>**The debtor surrenders and abandons all interest in the property.** | | | | Unknown |
| ACCT #: **XXXX**<br>**Dade County Water and Sewer Department**<br>**POB 026055**<br>**Miami, FL  33012** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Utility bill**<br>REMARKS: | | | | $68.46 |
| ACCT #: **XXXX**<br>**Dade County Water and Sewer Department**<br>**POB 026055**<br>**Miami, FL  33102** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Utility bill**<br>REMARKS: | | | | $505.97 |
| ACCT #: **6011XXXX**<br>**Discover Card**<br>**12 Reads Way**<br>**New Castle, DE 197201649** | | - | DATE INCURRED: **6/2005**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $7,891.00 |

Sheet no. ___1___ of ___3___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $30,965.43

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Angela Gomez**  Case No. **11-11531**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **6008XXXX**<br>**GEMB/JCP**<br>**POB 960001**<br>**Orlando, FL 32896** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $1,200.00 |
| ACCT #: **1696XXXX**<br>**HSBC Best Buy**<br>**POB 15518**<br>**Wilmington, DE 198505518** | | - | DATE INCURRED: **9/2006**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $4,159.00 |
| ACCT #: **5351XXXX**<br>**KOHLS/Chase**<br>**N56W17000 Ridgewood Dr**<br>**Menomonee Falls, WI 530515660** | | - | DATE INCURRED: **3/2009**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $776.00 |
| ACCT #: **158XXXX**<br>**Leasesource LSI/LLC**<br>**POB 7861**<br>**New York, NY 10116** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $975.00 |
| ACCT #: **4794XXXX**<br>**Macys/DSNB**<br>**POB 8218**<br>**Mason, OH 450408218** | | - | DATE INCURRED: **8/2004**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $6,401.00 |
| ACCT #: **6008XXXX**<br>**Paragon Way Inc. C/O**<br>**Enhanced Recovery Corporation**<br>**8014 Bayberry Rd.**<br>**Jacksonville, FL 32256** | | - | DATE INCURRED: **5/2006**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $1,296.24 |

Sheet no. __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $14,807.24

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Angela Gomez**          Case No. **11-11531**
                                                                                                                 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **4352XXXX**<br>**Target National Bank**<br>**C/O Target Credit Services**<br>**POB 673**<br>**Minneapolis, MN 55440-0673** | | - | DATE INCURRED: **12/2007**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $9,776.00 |
| ACCT #: **5201XXXX**<br>**WFNNB/New York & Company**<br>**POB 182789**<br>**Columbus, OH 432182789** | | - | DATE INCURRED: **10/2005**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $11,095.00 |
| ACCT #: **8610XXXX**<br>**WFNNB/Victoria's Secret**<br>**POB 182789**<br>**Columbus, OH 432182789** | | - | DATE INCURRED: **11/2005**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $1,074.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to          Subtotal >     $21,945.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                                                  Total >     $85,393.67
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)