# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

IN RE:

ANGELA GOMEZ

CASE NO.: 11-11531-BKC-LMI
PROCEEDING UNDER CHAPTER 13

DEBTOR_____/

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

    **COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

    **I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on August 11, 2015.

                                    NANCY K. NEIDICH, ESQUIRE
                                    STANDING CHAPTER 13 TRUSTEE
                                    P.O. BOX 279806
                                    MIRAMAR, FL 33027-9806

By: /s/_____
   ☐ Adisley Cortez-Rodriguez, Esq.
      FLORIDA BAR NO: 0091727
   ☑ Amy Carrington, Esq.
      FLORIDA BAR NO: 101877
   ☐ Jose Ignacio Miceli, Esq.
      FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.: 11-11531-BKC-LMI

## CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTOR**
ANGELA GOMEZ
5380 W 20 LN
UNIT #28
HIALEAH, FL  33016

**Via Electronic Service:**
**ATTORNEY FOR DEBTOR**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012

```
* * *  COMMUNICATION RESULT REPORT ( MAY. 22. 2014  3:57PM ) * * *
                                              FAX HEADER 1:  CHAPTER 13 STANDING
                                              FAX HEADER 2:

TRANSMITTED/STORED : MAY. 22. 2014   3:45PM
FILE MODE          OPTION              ADDRESS                    RESULT       PAGE
----------------------------------------------------------------------------------
7150 MEMORY TX                         G3 :Robert Sanchez, PA     OK           1/1

----------------------------------------------------------------------------------
    REASON FOR ERROR
        E-1) HANG UP OR LINE FAIL            E-2) BUSY
        E-3) NO ANSWER                       E-4) NO FACSIMILE CONNECTION
        E-5) MAIL SIZE OVER
```

OFFICE OF THE CHAPTER 13 TRUSTEE
SOUTHERN DISTRICT OF FLORIDA
NANCY K. NEIDICH, ESQUIRE
P.O. BOX 279806
MIRAMAR, FLORIDA 33027
TELEPHONE: (954) 443-4402
FAX: (954) 443-4452

ROBERT SANCHEZ, ESQUIRE                                Date: May 22, 2014
355 W 49 STREET
HIALEAH, FL
  33012

In Re: 11-11531-BKC-*LMI* (handwritten)
       ANGELA GOMEZ

Dear ROBERT SANCHEZ, ESQUIRE

The Trustee has recommended confirmation of a Plan in the above-referenced case based upon your assurance that CITIMORTGAGE had agreed to the Debtor's treatment of its collateral. The Trustee has since received a copy of a Proof of Claim filed with the Bankruptcy Court.

The Proof of Claim is filed as such:

Amount of Claim: $ _53,361.81_   _Reg #11_ (handwritten)

_____ A secured creditor in the amount of $_____.

_____ A secured creditor with arrearage and costs in the amount of $_____.

_____ An unsecured priority creditor in the amount of $_____.

__✓__ Other: _Late POC not provided for in plan._ (handwritten)

The Debtor is directed to either file a Motion to Modify the Confirmed Plan to include the amount listed in the Proof of Claim, or an Objection to the Proof of Claim within twenty (20) days of this correspondence. Failure to do so may render the Plan unfeasible and the Trustee may file a Motion to Dismiss this case with prejudice for six (6) months.

Very truly yours,

*Michelle Lopez* (signature)
Claims Administrator

cc: Debtor