# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Angela Gomez                                    Case No. 11-11531-LMI
                                                       Chapter 13

_____Debtor_____/

## OBJECTION TO CLAIM

**IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court:

☐        301 North Miami Avenue, Room 150, Miami, FL 33128


Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtors object to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 11-1 | CitiMortgage, Inc. | $53,361.81 | On or about November 05, 2011, creditor filed a late-filed secured proof of claim in the amount of $53,361.81. The claims bar date expired on July 13, 2011. Furthermore, the secured real property was not in the Debtor's name prior to the filing of the bankruptcy. Debtor requests the late-filed claim be stricken and disallowed. |

LF-24 (rev. 02/15/05)

     **I HEREBY CERTIFY** that a true copy of the foregoing was mailed this

<u>17th</u> day of August, 2015 to:

Citibank, N.A.
Attn: Eugene McQuade, CEO
399 Park Avenue
New York, New York 10022

| | |
|---|---|
| CitiMortgage, Inc.<br>c/o Sanjiv, Das, CEO<br>399 Park Avenue<br>New York, NY 10022 | CitiMortgage, Inc.<br>CT Corporation System, R.A.<br>319 S. Coteau Street<br>Pierre, SD 57501-3108 |

CitiMortgage, Inc.
Michelle R. Garcia, Bankruptcy Specialist
PO Box 140609
Irving, TX 75014-0609

## CERTIFICATE OF ADMISSION

     **I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                                                    Respectfully Submitted:

                                                                     **Robert Sanchez, P.A.**
                                                                      Attorney for Debtor
                                                                      355 West 49th Street
                                                                      Hialeah, FL 33012
                                                                      Tel. 305-687-8008
                                                                      Fax. 305-512-9701

                                                               By: <u>/s/ Robert Sanchez</u>
                                                                     [X]Robert Sanchez, Esq., FBN#0442161

LF-24 (rev. 02/15/05)