# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:                                                                 CASE NO.: 11-11531-LMI
                                                                                                      CHAPTER 13

Angela Gomez,

    Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

    **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of CITIMORTGAGE, INC. ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Melbalynn Fisher, ESQ.**
**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on September 1, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH, FL 33012




15-049574 - MoB

ANGELA GOMEZ
5380 W 20 LN #28
HIALEAH, FL  33016

NANCY K. NEIDICH
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

                                  ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                                  Attorney for Secured Creditor
                                  6409 Congress Ave., Suite 100
                                  Boca Raton, FL 33487
                                  Telephone: 561-241-6901
                                  Facsimile: 561-241-1969

                                  By: <u>/s/ Melbalynn Fisher</u>
                                  Melbalynn Fisher, Esquire
                                  Florida Bar Number 107698
                                  Email: mfisher@rasflaw.com