# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

IN RE:  CASE NO.: 11-11531-LMI
CHAPTER 13

**Angela Gomez,**

**Debtor.**

_____/

## RESPONSE TO OBJECTION TO CLAIM

**COMES NOW**, CITIMORTGAGE, INC. ("Creditor"), by and through undersigned counsel, hereby files its Response to Debtor's Objection to Claim (DE 71) filed by Debtor ANGELA GOMEZ and, in support thereof, states as follows:

1. Creditor holds a 1st mortgage on the property located at 7545 EAST TREASURE DRIVE 5E, NORTH BAY VILLAGE, FL 33141.

3. On November 5, 2011, Creditor filed a Proof of Claim, No. 11-1 ("Claim"), evidencing a secured debt in the amount of $53,361.81.

4. On August 17, 2015, Debtor filed an Objection to Claim (DE# 71) ("Objection") objecting to Creditor's Claim.

5. Debtor's Objection to Creditor's Claim on the basis that it was filed after the bar date. Creditor submits that the delay in filing the Claim will not prejudice the Debtor or have a detrimental impact on the Court's administration of this case. Creditor will be filing a Motion to Allow Claim simultaneously with the filing of this Motion. Additionally, the Debtor has failed to object to the late filed claim within a timely manner.



15-049574 - AsP

6. Debtor further objects to the Claim stating that the property was not in Debtor's name at the time of the bankruptcy filing. Creditor disputes this allegation. The deed conveying the subject property to debtor was recorded in the Public Records of Miami-Dade County, Florida on April 4, 2006 in Official Record Book 24391 at Page 1316. A search of the public records does not show any recorded deeds conveying the subject property to another party prior to the filing of this bankruptcy case.

7. Nevertheless, Debtor is still liable to Creditor on the underlying note where Creditor loaned a principal sum of $54,165.00 and which is secured by a Mortgage dated March 20, 2006. Said mortgage was recorded in the Public Records of Miami-Dade County, Florida on April 4, 2006, in Official Record Book 24391 at Page 1345. Therefore, Creditor's Claim should be an allowed secured claim for the amount of $53,361.81.

**WHEREFORE,** Creditor respectfully requests that Creditor's total secured claim be allowed and for such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a true copy of the foregoing has been served via electronic transmission (CM/ECF) and/or United States first class mail postage prepaid to the Attached Mailing List this __16th__ day of __September__, 2015.

>
> ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
> Attorney for Secured Creditor
> 6409 Congress Ave., Suite 100
> Boca Raton, FL 33487
> Telephone: 561-241-6901
> Facsimile: 561-241-1969
>
>
> By: _\s\ Melbalynn Fisher
> Melbalynn Fisher, Esquire
> Florida Bar No. 107698
> Communication Email: mfisher@rasflaw.com

15-049574 - AsP

Mailing List

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH, FL  33012

ANGELA GOMEZ
5380 W 20 LN #28
HIALEAH, FL  33016

NANCY K. NEIDICH
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130


By: _\s\ Melbalynn Fisher
Melbalynn Fisher, Esquire
Florida Bar No. 107698
Communication Email: mfisher@rasflaw.com

15-049574 - AsP