# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

IN RE:                                                                           CASE NO.: 11-11531-LMI
                                                                                                           CHAPTER 13

**Angela Gomez,**

       **Debtor.**

_____/

## MOTION TO ALLOW LATE FILED PROOF OF CLAIM

CITIMORTGAGE, INC. ("Movant") by and through its undersigned attorney, moves for the allowance of its late filed Proof of Claim ("Claim"), and in support thereof states as follows:

1. Movant maintains a security interest in Debtor's real property located at 7545 EAST TREASURE DRIVE 5E, NORTH BAY VILLAGE, FL 33141.

2. The claim is in the amount of $53,361.81. A copy of the Claim is attached as "Exhibit A".

3. Movant submits that the delay in filing the Claim will not prejudice the Debtor or have a detrimental impact on the Court's administration of this case.

WHEREFORE, Movant, CITIMORTGAGE, INC. respectfully requests that the claim be allowed to be filed timely.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by First Class U.S. Mail to the attached mailing list:, this   16th   day of   September, 2015.

                                                          ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                                                          Attorney for Secured Creditor
                                                          6409 Congress Ave., Suite 100
                                                          Boca Raton, FL 33487
                                                          Telephone: 561-241-6901
                                                          Facsimile: 561-241-1969


                                                          By:  \s\ Melbalynn Fisher
                                                          Melbalynn Fisher, Esquire




15-049574 - AsP

Florida Bar No. 107698
Communication Email: mfisher@rasflaw.com

**MAILING LIST**

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH, FL  33012

ANGELA GOMEZ
5380 W 20 LN #28
HIALEAH, FL  33016

NANCY K. NEIDICH
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

15-049574 - AsP