# United States Bankruptcy Court
## Southern District of Florida (Miami)

| | |
|---|---|
| CitiMortgage, Inc.<br>**Movant** | Bankruptcy Case No.<br>11-11531<br>Chapter 13 |

Angela Gomez
**Debtor (s)**

### Withdraw of Claim
### Number 11

    Creditor, CitiMortgage, Inc. Successors and/or assigns, hereby withdraws its Proof of Claim filed on November 5, 2011 in the above-entitled matter in the sum of $53,361.81 (Fifty-three thousand, three hundred sixty-one dollars and eighty-one cents).

Dated:   October 9, 2015

/s/ Kalana Thomas – Representative
**For CitiMortgage, Inc.**