UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  CASE NO.: 11-11531-LMI
CHAPTER 13

Angela Gomez,

Debtor.

_____/

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of CITIMORTGAGE, INC. ("Secured Creditor"), the undersigned hereby withdraws the following document: **DE 74, Motion to Allow Late Filed Claim, filed on September 16, 2015.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on __October 29__, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH, FL  33012

ANGELA GOMEZ
5380 W 20 LN #28
HIALEAH, FL  33016

NANCY K. NEIDICH
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.

SUITE 1204
MIAMI, FL  33130

                              ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                              Attorney for Secured Creditor
                              6409 Congress Ave., Suite 100
                              Boca Raton, FL 33487
                              Telephone: 561-241-6901
                              Facsimile: 561-241-1969


                              By: <u>\s\ Melbalynn Fisher</u>
                                  Melbalynn Fisher, Esquire
                                  Florida Bar Number 107698
                                  Email: mfisher@rasflaw.com