UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Angela Gomez                                                                 Case No. 15-11531-LMI

      Debtor                                                                        Chapter 13
_____/

## NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM OF CITIMORTGAGE, INC. [# 11-1]

**COMES NOW,** undersigned counsel and files this Notice of Withdrawal of Objection to Claim of CitiMortgage, Inc. [# 11-1; ECF#71], since the Creditor has withdrawn their Proof of Claim on ECF#83 and has withdrawn their Motion to Allow Late Filed Claim on ECF#86.

**I HEREBY CERTIFY,** that a copy of this Notice of Withdrawal of Objection to Claim of CitiMortgage, Inc. was sent on November 2, 2015 via CM/ECF to: Nancy N. Neidich, Trustee and via U.S. Regular Mail to: Debtor, Angela Gomez, 5380 W 20 Ln #28, Hialeah, FL 33016; CitiMortgage, Inc., c/o Kalana Thomas – Representative, PO Box 140609, Irving, TX 75014-0609; CitiMortgage, Inc., c/o Michelle R. Garcia – Bankruptcy Specialist, PO Box 140609, Irving, TX 75014-0609; CitiMortgage, Inc., c/o Michelle R. Garcia, P.O. Box 688971, Des Moines, IA, 50368-8971; ROBERTSON, ANSCHUTZ & SCHNEID, P.L., Attorney for Secured Creditor, c/o Melbalynn Fisher, Esq., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487

                                              **ROBERT SANCHEZ, P.A.**
                                              355 West 49th Street
                                              Hialeah, FL  33012
                                              Tel. 305-687-8008

                                              By:/s/ Robert Sanchez_____
                                                  Robert Sanchez, Esq., FBN#0442161