

ORDERED in the Southern District of Florida on November 20, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 11-11531-BKC-LMI
PROCEEDING UNDER CHAPTER 13

IN RE:

ANGELA GOMEZ

DEBTOR_____/

### ORDER DENYING TRUSTEE'S MOTION TO DISMISS

**THIS CASE** came to be heard on November 3, 2015 for the Trustee's Motion to Dismiss and based on the record

**ORDERED AS FOLLOWS:**

1. The Motion to Dismiss is **DENIED WITHOUT PREJUDICE**.

###

ORDER DENYING TRUSTEE'S MOTION TO DISMISS
CASE NO.: 11-11531-BKC-LMI

**ORDER SUBMITTED BY:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**COPIES FURNISHED TO:**

**DEBTOR**
ANGELA GOMEZ
5380 W 20 LN
UNIT #28
HIALEAH, FL  33016

**ATTORNEY FOR DEBTOR**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012

**ROBERT SANCHEZ, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS ORDER TO ALL CREDITORS AND INTERESTED PARTIES, IMMEDIATELY UPON RECEIPT THEREOF.